IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY PATRICK McKENNA,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>D. CUEVA,<br><br>　　　　　　Respondent. | No. 2:23-CV-0556-DJC-DMC-P<br><br>ORDER |

Petitioner, a prisoner proceeding pro se, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2254.  Pending before the Court is Petitioner's motion, ECF No. 19, for an extension of time to file objections to the Court's October 23, 2023, findings and recommendations.  Good cause appearing therefor based on Petitioner's declaration indicating the need for additional time due to difficulties with prison mail, Petitioner's motion will be granted.

///
///
///
///
///
///
///

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. Petitioner's motion for an extension of time, ECF No. 19, is GRANTED.

2. Petitioner may file an opposition to the Court's October 23, 2023, findings and recommendations within 30 days of the date of this order.

3. The Clerk of the Court is directed to terminate ECF No. 19 as a pending motion.

Dated: November 29, 2023

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE