UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY PATRICK MCKENNA,<br><br>Petitioner,<br><br>v.<br><br>D. CUEVA,<br><br>Respondent. | No. 2:23-cv-00556 DJC DMC P<br><br><br><br>ORDER |

On October 23, 2023, the Magistrate Judge issued Findings and Recommendations recommending that the Motion to Dismiss be granted and this action be dismissed. (ECF No. 18.) Objections to the Findings and Recommendations were due within 14 days. (*Id.*) Petitioner subsequently requested and was granted a 30-day extension of time to file objections to the Findings and Recommendations on November 29, 2023. (ECF Nos. 19, 20.) Petitioner failed to file objections within 30 days of that order. On February 2, 2024, the Court adopted the Findings and Recommendations, granted the Motion to Dismiss, and dismissed this action. (ECF No. 22.) After that order issued, Petitioner submitted Objections to the Findings and Recommendations. (ECF No. 24.)

Petitioner's Objections were untimely. Moreover, even in light of Petitioner's Objections, the Court finds the Findings and Recommendations to be supported by

////

1

the record and the proper analysis.  Accordingly, the Court's prior Order (ECF No. 22) and entry of judgment in this action (ECF No. 23) remain proper even in light of Petitioner's Objections.

IT IS SO ORDERED.

Dated:   **March 29, 2024**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE